**GREGORY PEACOCK, Esq. State Bar No. 277669**
**LAW OFFICE OF GREGORY PEACOCK**
**4425 Jamboree Road, Suite 130**
**Newport Beach, CA 92660**
**(949) 292-7478**
**Email: gregorypeacockesq@gmail.com**

Attorney for Plaintiff
Gina Yanez


**MICHAEL L. WRONIAK, Esq. State Bar No. 210347**
**APRIL M. MITCHELL, Esq. State Bar No. 325453**
**COLLINS COLLINS MUIR + STEWART LLP**
**750 The City Drive, Suite 400**
**Orange, CA 92868**
**(714) 825-4100 – FAX (714) 823-4101**
**Email: mwroniak@ccmslaw.com**
**Email: amitchell@ccmslaw.com**

Attorneys for Defendant
County of Orange

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA

| | |
|---|---|
| GINA YANEZ,<br><br>            Plaintiff,<br><br>   v.<br><br>COUNTY OF ORANGE; and DOES 1 through 10, Inclusive,<br><br>            Defendants. | CASE NO. 8:20-cv-00737-JVS-JDE<br>*Hon. James V. Selna; Department 10C*<br><br>**ORDER ON JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br><br>**Complaint Filed: April 14, 2020**<br>**Trial Date: October 5, 2021** |

*FILE #22451*

1

**ORDER**

# ORDER

The stipulation is APPROVED. The entire action, including all claims and counterclaims stated herein against all parties, is herby dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: October 22, 2020

_____
Honorable James V. Selna